NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3012

GEORGE W. WINGO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in DA0752080083-I-1.

ON MOTION

### O R D E R

George W. Wingo moves for leave to file a supplemental appendix to his corrected opening brief and appendix that includes United States Merit Systems Protection Board's certified list.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The court will treat the motion, with a blue cover, which includes a faxed copy of the certified index, as a supplement to his corrected opening brief and appendix. A copy of this order shall be transmitted to the merits panel to inform the panel that the motion is treated as a supplemental appendix.

FOR THE COURT

MAR 13 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 13 2009

Jan Horbaly
Clerk

cc:    Hope H. Camp, Jr., Esq.
       Michael D. Austin, Esq.
s20